**Motion Granted and Order filed June 18, 2015**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-01014-CV**
_____

**BILL & ELIZABETH FISHER D/B/A SARANAC OAKS RANCH,**
**Appellants**

**V.**

**ULTIMATE KOBE BEEF, L.L.C., CHAMPION GENETICS, INC.,**
**ALLISON MAE GODWIN AND BRUCE R. HEMMINGSEN,**
**Appellees**

**&**

_____

**NO. 14-15-00514-CV**
_____

**KINGS HIGH RANCH, L.L.C., Appellant**

**V.**

**ULTIMATE KOBE BEEF, L.L.C., CHAMPION GENETICS, INC.,**
**ALLISON MAE GODWIN AND BRUCE R. HEMMINGSEN,**
**Appellees**

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-CV-0343**

## ORDER

This is an appeal from a judgment signed October 3, 2014. On June 2, 2015, 2015, appellants Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch, joined by appellees/cross-appellants Ultimate Kobe Beef, L.L.C., Allison Mae Godwin and Bruce R. Hemmingsen filed a motion to sever and remand their appeal pursuant to a settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted, and the following order is issued.

We order the appeal filed by Kings High Ranch, L.L.C., SEVERED from appeal number 14-14-01014-CV and filed under a new appellate case number, 14-15-00514-CV, styled *Kings High Ranch, L.L.C. v. Ultimate Kobe Beef, L.L.C., Champion Genetics, Inc., Allison Mae Godwin and Bruce R. Hemmingsen*. The record filed in case number 14-14-01014-CV is ordered transferred to and filed in case number 14-15-00514-CV.

In appeal number 14-15-00514-CV, Kings High Ranch's brief as appellee is currently due on or before June 26, 2015. The brief of Ultimate Kobe Beef, L.L.C., Champion Genetics, Inc., Allison Mae Godwin and Bruce R. Hemmingsen as appellees is due thirty days from the date of this order.

PER CURIAM